No. 84-1288.   EVANS, GOVERNOR OF IDAHO, ET AL. *v.* JEFF D. ET AL., MINORS, BY AND THROUGH THEIR NEXT FRIEND, JOHNSON, ET AL., 475 U. S. 717;

No. 85-1095.   AAMODT ET UX. *v.* UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL., 475 U. S. 1082;

No. 85-1407.   CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., ET AL. *v.* PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, 475 U. S. 1114;

No. 85-1478.   BOYCE *v.* RIDGELY ET AL., PERSONAL REPRESENTATIVES OF THE ESTATE OF BOYCE, 475 U. S. 1123;

No. 85-6431.   DALE *v.* SOUTH DAKOTA, 475 U. S. 1126; and

No. 85-6499.   STARADUMSKY *v.* RHODE ISLAND, 475 U. S. 1114.   Petitions for rehearing denied.

No. 85-6003.   HURLEY *v.* HONGISTO ET AL., 475 U. S. 1025. Motion for leave to file petition for rehearing denied.

JUNE 10, 1986

No. A-959.   KEMP, WARDEN *v.* COLLINS.   Application of the Attorney General of Georgia for an order to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit, presented to JUSTICE POWELL, and by him referred to the Court, denied.

JUNE 16, 1986

No. 85-1852.   BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES *v.* BURLINGTON NORTHERN RAILROAD CO. ET AL.   C. A. 7th Cir.   Certiorari before judgment dismissed under this Court's Rule 53.

No. 84-1724.   SNIDER ET AL. *v.* VIRGINIA.   Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.